Case 08-02006    Filed 07/24/08    Doc 73

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

ROYCE LEE MAKISHIMA and TERRA ANN MAKISHIMA,

    Debtors.

---

GRACE MILES,

    Plaintiff,

vs.

ROYCE LEE MAKISHIMA and TERRA ANN MAKISHIMA,

    Defendants.

Case No. 07-27982-A-7

Adv. No. 08-2006

Docket Control No. None

Date: Ex Parte
Time: Ex Parte

**MEMORANDUM**

Plaintiff Grace Miles has filed an ex parte motion for a restraining order. She seeks to enjoin Defendant Royce Lee Makishima and his agents and attorneys from harassing her.

Briefly, the motion alleges that Mr. Makishima, and what is described as his cult group, are engaged in "gaslighting." That is, they are engaging in a pattern psychological harassment of Ms. Miles. This harassment takes the form of stalking, surveillance by unknown persons apparently acting in concert with

Mr. Makishima, and by mailing many and voluminous documents to Ms. Miles in connection with the pending state court and bankruptcy court litigation between the parties. Mr. Makishima and his agents have also allegedly interfered with Ms. Miles efforts to procure counsel and legal assistance from friends.

Based on the motion, the court cannot conclude that Ms. Miles has satisfied the requirements of Fed. R. Civ. P. 65(b), as incorporated by Fed. R. Bankr. P. 7065, for the ex parte issuance of a temporary restraining order.

First, the injunctive relief sought has nothing to do with the relief sought in the complaint before this court. The complaint asks that an alleged debt be excepted from Mr. Makishima's discharge. No injunctive relief is requested in the complaint.

Second, the relief requested seems more related to the relief sought by the plaintiff in state court. This court modified the automatic stay to permit the state court action to be finally decided despite the pendency of this bankruptcy case. And, while Ms. Miles has since removed the state court action to the Bankruptcy Court of the Northern District of California, the fact remains that this relief seems more appropriately sought in that action.

Third, the court is unpersuaded by the proof offered that Mr. Makishima is responsible for the conduct complained of by Ms. Miles. The alleged harassment is being perpetrated by persons unknown and without any proven link to Mr. Makishima. Further, the documents mailed to Ms. Miles appear to be nothing more than pleadings filed in the pending litigation between the parties.

Despite the foregoing, and because Ms. Miles asserts that the alleged conduct has had a severe and detrimental impact on her health, the court will consider issuing a preliminary injunction at a hearing on August 11, 2008 at 9:00 a.m. in courtroom 28, U.S. Courthouse, 501 I Street, Sacramento, California. Any party may appear by telephone at their election.

Opposition to the issuance of a preliminary injunction shall be filed and served no later than August 5.

A separate order shall issue.

Dated: 24 July 2008

By the Court

Michael S. McManus, Chief Judge
United States Bankruptcy Court

**CERTIFICATE OF MAILING**

I, Susan C. Cox, in the performance of my duties as a judicial assistant to the Honorable Michael S. McManus, mailed by ordinary mail to each of the parties named below a true copy of the attached document.

Asa Hami
300 S Grand Ave 22nd Fl
Los Angeles, CA 90071-3132

Lindsey Schroeder
Morgan Lewis & Brokius LLP
3000 El Camino Real, #700
Palo Alto, CA 94306

Grace Miles
21 Willow Rd #22
Menlo Park, CA 94025

Royce Makishima
1010 San Ramon Way
Sacramento, CA 95864

Terra Makishima
1010 San Ramon Way
Sacramento, CA 95864

Dated: July 24, 2008

_____
Susan C. Cox
Judicial Assistant to Judge McManus