GRACE MILES
21 Willow Rd.-22
Menlo Park, CA 94025
650.329.8785

FILED
LP
08 SEP 19 AM 10: 38
CLERK, U.S. BANKRUPTCY COURT
EASTERN DIST. OF CA.
SACRAMENTO, CA

UNITED STATES BANKRUPTCY COURT
Eastern District of California

In re
ROYCE LEE MAKISHIMA and
TERRA ANN MAKISHIMA,
              Debtors.
GRACE MILES,
      Plaintiff,
v.

ROYCE MAKISHIMA, et al.,
             Defendant.

Adv. Pro. No. 08-02006
Bankruptcy Case No. 07-27982

REQUEST/
MOTION TO WITHDRAW
REFERENCE

Plaintiff Grace Miles ("Miles") respectfully requests that this court withdraw reference (transfer) of this adversary proceeding to Federal District Court, San Francisco, she believes under 28 USC 157(b)(5) and (d). This would promote efficient use of judicial resources, delay and costs to the parties. This case requires consideration of both bankrupty and other federal laws. This is a personal injury case under willful and malicious Injury and Miles has demanded a jury trial. The related case in the District Court in San Francisco is C-06--1295 MMC.

September 18, 2008

_____
Grace Miles, Pro Se